# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Derrick D. Crago,                            :
                Petitioner         :
                               :
        v.                              :       No. 617 C.D. 2018
                               :
State Civil Service Commission               :
(Department of Human Services),              :
                Respondent         :

## O R D E R

NOW, January 8, 2019, upon consideration of petitioner's application for reconsideration/reargument, the application is denied.

 

                                  MARY HANNAH LEAVITT,
                                  President Judge